IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUSSELL BERNARDINI,

    Plaintiff,     No. CIV S-09-1134 FCD GGH PS

  vs.

JAMES WALKER, et al.,

    Defendants.     <u>FINDINGS & RECOMMENDATIONS</u>

_____/

       Plaintiff is a state prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

       By order filed May 29, 2009, the court determined that plaintiff had stated a colorable claim against defendant Callahan. The court also dismissed plaintiff's claims against defendants Cate, Schwarzenegger, and Walker with thirty days leave to amend. The thirty day period has now expired,[1] and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

       Accordingly, IT IS HEREBY RECOMMENDED that defendants Cate, Schwarzenegger, and Walker be dismissed from this action without prejudice. <u>See</u> Local Rule

---

[1] Plaintiff was granted an additional extension by order of August 24, 2009.

1

1 | 11-110; Fed. R. Civ. P. 41(b).

2 |       These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: November 16, 2009

               /s/ Gregory G. Hollows

GREGORY G. HOLLOWS  
UNITED STATES MAGISTRATE JUDGE

GGH:076/Bernardini1134.b3.wpd