1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RUSSELL BERNARDINI,

11            Plaintiff,                    No. CIV S-09-1134 FCD GGH PS

12        vs.

13   JAMES WALKER, et al.,

14            Defendants.                   FINDINGS & RECOMMENDATIONS

15   _____/

16            By an order filed November 16, 2009, this court ordered plaintiff to complete and
17   return to the court, within twenty-eight days, the USM-285 forms necessary to effect service on
18   defendants. That twenty-eight day period has since passed, and plaintiff has not responded in any
19   way to the court's order.
20            IT IS HEREBY RECOMMENDED that this action be dismissed without
21   prejudice. See Fed. R. Civ. P. 41(b).
22            These findings and recommendations will be submitted to the United States
23   District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within
24   twenty-one days after being served with these findings and recommendations, plaintiff may file
25   written objections with the court. The document should be captioned "Objections to Findings
26   and Recommendations." Plaintiff is advised that failure to file objections within the specified

                                           1

1 time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153
2 (9th Cir. 1991).
3 DATED:   January 21, 2010

/s/ Gregory G. Hollows<br>UNITED STATES MAGISTRATE JUDGE

bernardini.fusm